IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:24-PO-552-IDD |
| SATYASHEEL KORPE | Hon. Ivan D. Davis |
| *Defendant.* | Trial Date: August 15, 2024 |

## GOVERNMENT'S LIST OF TRIAL WITNESSES

1. Officer Gary Stemple, United States Park Police
2. Sergeant Timothy Perkins, United States Park Police
3. Sergeant Kevin Meagher, United States Park Police

        Respectfully submitted,

        Jessica D. Aber
        United States Attorney

By:             */s/*
        Ryan Underwood
        Tracy Varghese
        Special Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system and transmitted a true and accurate copy to counsel of record for Satyasheel Korpe.

By: _____/s/_____
Ryan Underwood
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3800
Fax: (703) 299-3980
Ryan.Underwood@usdoj.gov