IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:24-po-00552-IDD |
| | ) |
| SATYASHEEL S. KORPE, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter comes before the Court on August 13, 2024, on the Government's Motion in Limine to Exclude Certain Arguments, Lines of Questioning, and Evidence at Trial and to Admit Certain Records [Dkt. No. 24] and Defendant's Motion for a Trial by Jury [Dkt. No. 25]. At the hearing, the defendant appeared with counsel, Christopher Leibig, Esquire; the United States was represented by Ryan Underwood and Tracy Varghese, Esquires.

FOR REASONS stated from the bench, it is hereby

ORDERED that the Government's Motion in Limine is GRANTED; and it is further

ORDERED that the Defendant's Motion for a Trial by Jury is DENIED.

                                                               /s/
                                           Ivan D. Davis
                                           United States Magistrate Judge

Alexandria, Virginia
August 13, 2024