IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SATYASHEEL KORPE,<br>　　　　*Defendant.* | Case Number 1:24-cr-210 |

## **ORDER**

This matter comes before the Court on appeal of the judgment entered by United States Magistrate Judge Ivan D. Davis, finding Defendant Satyasheel Korpe guilty of Driving While Intoxicated (36 C.F.R. 4.23(a)(2)), Park Closure Violation (36 C.F.R 1.5(f)), and Unsafe Operation (36 CFR 4.22(b)(1)). ECF 1. For the reasons stated from the bench, it is hereby

**ORDERED** that the decision of the Magistrate Judge is **AFFIRMED**.

It is **SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Hon. Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　　　　United States District Judge

January 13, 2025
Alexandria, Virginia